THE HON. WILLIAM T. PIGOTT, ⎫
⎬ Associate Justices.
THE HON. GEORGE R. MILBURN, ⎭

STATE, RESPONDENT, v. FORD, APPELLANT.

(No. 1,648. )

(Submitted October 4, 1901.  Decided October 14, 1901. )

*Criminal Law—Appeal — Verdict — Conflicting Evidence— Review.*

dict in a criminal prosecution, based on conflicting evidence, will not be
disturbed on appeal.

VOL XXVI—1

*Appeal from District Court, Lewis & Clarke County; Henry C. Smith, Judge.*

AUGUSTUS W. FORD was convicted of rape, and he appeals. Affirmed.

*Mr. J. K. Bramble,* for Appellant.

*Mr. James Donovan, Attorney General,* and *Mr. Odell W. McConnell,* for the State.

MR. JUSTICE MILBURN delivered the opinion of the court.

This is an appeal from the judgment, and from the order denying a motion for a new trial. The defendant was convicted of rape upon his daughter, who, as alleged, was less than 16 years old at the time of the commission of the alleged crime.

The defendant relies in his brief upon two assignments: First, that "the jury received evidence out of court inadmissible in court;" and, second, that "the evidence is insufficient to sustain the verdict." Counsel depends upon his own affidavits in support of the first assignment. There is nothing to indicate that the affidavits were used upon the hearing of any motion for a new trial, and they do not contain anything to show that the jury did as suggested by the assignment.

As to the insufficiency of the evidence, it is enough to say that there was a substantial conflict of the evidence,—that of the prosecution being positive and sufficient to support a verdict if the jury believed the witnesses for the state, as it must have done. As so often held, the question of credibility is one for the jury, and not for this court.

These being the only errors suggested, the order and the judgment are affirmed.

*Affirmed.*